PHILENA B. FISHER, AS ADMINISTRATRIX, ETC., AND OTHERS, PLAINTIFFS, *v.* GEORGE HUBBELL, AS EXECUTOR, ETC., AND OTHERS, RESPONDENTS.

*Reference — order of — when unusual.*

A decree giving a construction to a will and appointing a referee, and also making him a receiver, with power to carry his decision into effect without previously making his report to the court for confirmation, in an action brought for the construction of a will, for an accounting, sale of real property, and for other relief, goes further than is usual, and should be modified by making the reference to the referee merely interlocutory, with direction to report to the court upon all the facts, matters, etc.*

MOTION for a new trial under section 268 of the Code.

*De L. Crittenden*, for the plaintiff, Caroline C. Frary.

*W. W. Rowley*, for the plaintiff, Philena B. Fisher.

*Morse & Wells*, for the defendants.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Decree modified.